1  JAMES PHILLIP VAUGHNS, State Bar #124040
   Law Offices of James Phillip Vaughns
2  6114 LaSalle Avenue, Ste 289
   Oakland, California  94611
3  Telephone:  510-583-9622
   Facsimile: 510-886-7218
4
   Attorney for Daniel James HARRIS
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10

11
   UNITED STATES OF AMERICA,          )    NO.: CR 23-00268 JSW
12                                    )
                                      )
13          Plaintiff,                )    **MOTION FOR ORDER**
                                      )    **MODIFYING CONDITIONS**
14     vs.                            )    **OF RELEASE**
                                      )
15                                    )    Date: TBA
   DANIEL JAMES HARRIS,               )    Time: TBA
16                                    )    Hon. Donna RYU
            Defendant.                )
17

18

19  **COMES NOW**, defendant Daniel James Harris who respectfully moves this Court for an Order

20  modifying the conditions of his pretrial release.

21       Daniel James Harris is a defendant in this action and has been on pretrial release since

22  August 29, 2023. Mr. Harris lives in Texas, but wants to travel to California on a family vacation

23  from December 18, 2023 to December 28, 2023. He will provide precise dates and addresses to

24  USPTO Joe Hunnicut and the Government.

25       Neither USPTO Joe Hunnicut, nor the Government, has an objection to Mr. Harris' travel

26  plans.

27

28

1 | All other conditions would remain in effect should this Motion be granted.

3 | **THEREFORE**, it is Mr. Harris' request that the Court grant this unopposed Motion.

6 | DATED: December 12, 2023

*-S- James P. Vaughns*
_____
JAMES PHILLIP VAUGHNS.
Attorney for Defendant HARRIS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 23-00268 JSW |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| DANIEL JAMES HARRIS, ) | |
| Defendant. ) | |

For GOOD CAUSE shown by defendant's unopposed Motion, the Court hereby ORDERS that defendant HARRIS may travel out of the Northern District of Texas to the Northern District of California from December 18, 2023 to December 28, 2023 for the purposes of family visits as approved by the office of United States Pretrial Services. All other conditions of release shall remain in effect.

DATED: December 14, 2023

_____
Hon. DONNA RYU
United States Magistrate Judge