DENA MARIE YOUNG (CSBN 215344)
Law Offices of Dena Marie Young
27561 4th Street PMB #136
Santa Rosa, CA 95405
Telephone: (707) 528-9479
Facsimile: (707) 692-5314
Email: dmyounglaw@gmail.com

Attorney for Defendant
DEVON CHRISTOPHER WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 4:23-cr-00268 JSW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE RE: PROTECTIVE ORDER** |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

The undersigned counsel files this Notice to acknowledge the stipulated Protective Order (Dkt. 22) entered in the above-captioned case and my agreement to be bound by it.

Dated: August 15, 2024                    Respectfully Submitted,

                                          _____/s/_____
                                          DENA MARIE YOUNG
                                          Attorney for Defendant
                                          DEVON CHRISTOPHER WENGER