```
DENA MARIE YOUNG
State Bar No. 215344
LAW OFFICES OF DENA MARIE YOUNG
2751 4th Street PMB #136
Santa Rosa, CA 95405
Telephone (707) 528-9479
Email: dmyounglaw@gmail.com

Attorneys for Defendant
DEVON CHRISTOPHER WENGER
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>    Defendant. | No. 34:23-cr-00268-JSW<br><br>**RESPONSE RE: GOVERNMENT'S EXHIBIT LIST** |

Defendant, DEVON WENGER, by and through his attorney of record, Dena Marie Young, submits the following objections and proposed additions to the government's Exhibit List:

See Table attached. Additions are proposed in red. Objections (or non-objections) are in blue.

Dated: March 17, 2025           Respectfully Submitted,

                                                  /s/ Dena Marie Young
                                              DENA MARIE YOUNG

                                              Attorney for Defendant
                                              DEVON CHRISTOPHER WENGER

United States v. Amiri et al.
23-CR-264-JSW
Joint Exhibit List

| Exh. No. | Beginning Bates | Ending Bates | Description | Objection | Response |
|---|---|---|---|---|---|
| 1 | | | 1B6 (oxymetholone) (Physical) | no | |
| 2 | US-DEA-000053 | US-DEA-000053 | DEA Chemist Report | no | |
| 3 | | | 1B7 (Twelve glass vials of Trueshot Pharmaceuticals Testosterone Enanthate) (Physical) | no | |
| 4 | US-DEA-000046 | US-DEA-000046 | DEA Chemist Report - Testosterone Enanthate | no | |
| 5 | | | 1B8 (Three glass vials of Trueshot Pharmaceuticals Testosterone Propionate) (Physical) | no | |
| 6 | US-DEA-000048 | US-DEA-000048 | DEA Chemist Report - Testosterone Testosterone Propionate | no | |
| 7 | | | 1B9 (Six glass vials of Trueshot Pharmaceuticals Trenbolone Acetate) (Physical) | no | |
| 8 | US-DEA-000042 | US-DEA-000042 | DEA Chemist Report - Trenbolone Acetate | no | |
| 9 | | | 1B78 (Six vials labelled "DECA") (Physical) | no | |
| 10 | US-DEA-000043 | US-DEA-000043 | DEA Chemist Report - Nandrolone Decanoate | no | |
| 11 | | | 1B79 (Five vials labeled "TREN E") (Physical) | no | |
| 12 | US-DEA-000047 | US-DEA-000047 | DEA Chemist Report - Trenbolone Enanthate | no | |
| 13 | | | 1B84 (testosterone enanthate and testosterone propionate) (Physical) | no | |
| 14 | US-DEA-000059 | US-DEA-000059 | DEA Chemist Report | no | |
| 15 | DJH-000077 | DJH-000096 | Photos of USPS Package and Contents | no | |
| 16 | | | 1B10 - USPS Package (Physical) | no | |
| 20 | DJH-001072 | DJH-001072 | Photo of Harris Discovery Bay Residence | no | |
| 21 | DJH-001145 | DJH-001145 | Photo of drawer of steroids | no | |
| 22 | DJH-001146 | DJH-001146 | Photo of Trueshot Dianabol, Winstrol, Anadrol | no | |
| 23 | DJH-001148 | DJH-001148 | Photo of ziplock of steroids - Trueshot DECA, ENANTHATE visible | no | |
| 24 | DJH-001149 | DJH-001149 | Photo of drawer of steroids | no | |
| 25 | DJH-001122 | DJH-001122 | Photo of Meal Plan | no | |
| 30 | | | Harris iPhone 12 (physical) | no | |
| 31 | US-SC-000192 | US-SC-000291 | Harris - Doyle Conversation | subject to MIL | |
| 32 | US-SC-000369 | US-SC-000400 | Harris - Manfre Conversation | subject to MIL | |
| 33 | US-SC-000401 | US-SC-000411 | Harris - Wenger Conversation | subject to MIL | |
| 34 | US-SC-000413 | US-SC-000413 | Harris - Report of USPS tracking photo | subject to MIL | |
| 35 | US-SC-000412 | US-SC-000412 | Harris - USPS tracking photo | subject to MIL | |
| 36 | US-SC-000159 | US-SC-000191 | Harris - Built4Fitness Email Conversation | subject to MIL | |
| 37 | US-SC-000296 | US-SC-000296 | Harris Bodybuilding Photo - 06D8B3F1-773F-4D32-B2C6-B37A49D54815.JPG | subject to MIL | |
| 40 | DJH-5000003 | DJH-5000003 | Harris iCloud - Mahoney Conversation | subject to MIL | |
| 41 | DJH-5000003 | DJH-5000003 | Harris iCloud - Wenger Conversation | subject to MIL | |
| 50 | US-PAYPAL-000635 | US-PAYPAL-000635 | Harris - Grow523 Venmo Records | no | |
| 51 | US-PAYPAL-003420 | US-PAYPAL-003420 | Wenger - Venmo Records | no | |
| 52 | US-PAYPAL-003585 | US-PAYPAL-003586 | Custodian Cert for Harris Venmo Records | no | |
| 53 | US-PAYPAL-003587 | US-PAYPAL-003588 | Custodian Cert for Wenger Venmo Records | no | |
| 60 | | | Wenger iPhone (physical) | no | |
| 61 | US-SC-000551 | US-SC-000568 | Wenger - Harris Instant Messages (Cellebrite) | subject to MIL | |
| 62 | US-SC-000522 | US-SC-000534 | Wenger - Harris Chat (Cellebrite) | subject to MIL | |
| 63 | US-SC-000569 | US-SC-000663 | Wenger - Mahoney Conversation (Cellebrite) | subject to MIL | |
| 64 | US-SC-000439 | US-SC-000509 | Wenger - Deleted Text Messages (Cellebrite) | subject to MIL | |
| 65 | US-SC-000435 | US-SC-000438 | Wenger - Deleted Contacts (Cellebrite) | subject to MIL | |
| 66 | US-SC-000432 | US-SC-000434 | Wenger - Deleted Calls (Cellebrite) | subject to MIL | |
| 67 | US-SC-000510 | US-SC-000521 | Wenger - Texts with FBI (Cellebrite) | subject to MIL | |

United States v. Amiri et al.
23-CR-264-JSW
Joint Exhibit List

| Exh. No. | Beginning Bates | Ending Bates | Description | Objection | Response |
|---|---|---|---|---|---|
| 68 | US-SC-000944 | US-SC-004541 | Wenger - 2022 Messages (Axiom) | subject to MIL | |
| 69 | US-SC-000706 | US-SC-000773 | Wenger - Signal Device Notifications (Cellebrite) | subject to MIL | |
| 70 | US-SC-000774 | US-SC-000943 | Wenger - Signal Events (Axiom) | subject to MIL | |
| 71 | US2-000734 | US2-000734 | DEXT Notes | no | |
| 72 | US2-000739 | US2-000739 | DEXT Notes | no | |
| 80 | DCW-4000082 | DCW-4000082 | Wenger Interview Audio - 3/23/22 (Prior Statement) | as prior statements only | |
| 81 | DCW-4000083 | DCW-4000101 | Wenger Interview Transcript - 3/23/22 (Prior Statement) | as prior statements only | |
| 82 | DCW-4000001 | DCW-4000001 | Wenger Interview Audio - 3/23/22 (Prior Statement) | as prior statements only | |
| 83 | DCW-4000002 | DCW-4000081 | Wenger Interview Transcript - 3/23/22 (Prior Statement) | as prior statements only | |
| 90 | DJH-4000001 | DJH-4000001 | Harris Interview Audio - 3/23/22 (Prior Statement) | as prior statements only | |
| 91 | DJH-4000002 | DJH-4000135 | Harris Interview Transcript - 3/23/22 (Prior Statement) | as prior statements only | |
| 92 | DJH-001870 | DJH-001874 | Harris Proffer Report - 7/23/24 | as prior statements only | |
| 93 | DJH-001913 | DJH-001924 | Harris Plea Agreement (Prior Statement) | as prior statements only | |
| 100 | US-SC-10000035 | US-SC-10000054 | Mahoney GJ Testimony (Prior Statement) | as prior statements only | |
| 101 | US-SC-000035 | US-SC-000040 | Mahoney Interview - 05/08/2023 (Prior Statement) | | |
| 102 | US-SC-000043 | US-SC-000045 | Mahoney Interview - 07/12/2023 (Prior Statement) | | |
| 103 | US-SC-000155 | US-SC-000155 | Mahoney Interview - 07/14/2023 (Prior Statement) | | |
| 104 | US-SC-00664 | US-SC-000674 | Mahoney Interview - 01/03/2025 (prior Statement) | | |