DENA MARIE YOUNG
State Bar No. 215344
LAW OFFICES OF DENA MARIE YOUNG
2751 4th Street PMB #136
Santa Rosa, CA 95405
Telephone (707) 528-9479
Email: dmyounglaw@gmail.com

Attorneys for Defendant
DEVON CHRISTOPHER WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DEVON CHRISTOPHER WENGER,<br><br>      Defendant. | No.  34:23-cr-00268-JSW<br><br>**RESPONSE TO OSC re: SCHEDULING**<br>**(ECF 160)** |

On March 10, 2025, this Court entered an Order to Show Cause as to undersigned counsel's failure to meet established deadlines in the filing of motions *in limine* and other joint submissions.  (Dkt. No. 160).

As noted in the OSC, on December 9, 2024, counsel agreed to the trial date and the original pretrial conference date of March 31, 2025.  (Dkt. Nos. 133, 134).  On January 15, 2025, this Court subsequently modified this schedule by advancing the pretrial conference date by one week to March 24, 2025, which moved all filing deadlines tied to the pretrial conference.  Counsel did not object to this advancement of the filing dates because counsel believed that compliance was still possible.

Counsel has now completed jury trial in the matter of *USA v. Jeffrey* 24-CR-475 WHA which occupied three days last week.

RESPONSE TO OSC

1

During the preparation for both of these trials, two events occurred which counsel could not have anticipated. First, on February 20, 2025, a close family member was involved in a motorcycle accident which resulted in multiple broken bones, then subsequent surgery. Second, counsel was required to prepare an emergency motion for compassionate release upon learning that a client facing a relatively short sentence experienced two serious neurological incidents in a two-month period as a direct result of the Bureau of Prison's refusal to provide him with the medication prescribed by his doctor, or to honor the treatment recommendations of the local hospital. Thankfully, he was released to recover at home. (See 20-CR-00204 WHO). Neither of these circumstances could be ignored, yet both affected the counsel's ability to complete all required tasks, and even to request additional time.[1]

Counsel's untimely filing of the motion to exclude "bad acts" evidence was a direct response to the government's intent to admit such evidence and should not have been a surprise. Further, it is the proponent's burden to show the evidence is admissible under Fed.R.Evid 404(b), rather than the burden of the opponent to show it should be excluded.

Counsel does not have any additional proposed voir dire other than those areas (steroids and alternative messaging services) which counsel has requested be added to the questionnaire. (Dkt. 161)

Counsel's objections to the government's exhibit list will be filed contemporaneously with this response, but they primarily track the motions *in limine* which counsel has already filed. In the same document, counsel has proposed the addition of a handful of exhibits to the joint exhibit list, most of which are prior statements to be made available in the event they are needed for cross-examination. (Dkt. 162).

As previously noted, counsel's witness list will be drawn from the government's list and will be somewhat dependent upon this Court's *limine* rulings.

//
//

---

[1] Counsel has an unresolved brain aneurysm which is subject to ongoing monitoring. This requires counsel to closely monitor and control her blood pressure to avoid surgery.

RESPONSE TO OSC

2

//

Counsel apologizes to this Court and to the government counsel for the inconvenience caused by these late filings. Whatever conclusions, the Court may draw from counsel's failure to meet deadlines, counsel respectfully requests that this Court not hold that failure against Mr. Wenger as he should not be prejudiced by counsel's limitations.

Dated: March 17, 2025　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Dena Marie Young
　　　　　　　　　　　　　　　　　DENA MARIE YOUNG

　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　DEVON CHRISTOPHER WENGER