UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00268-JSW-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING JURY SLIDESHOW** |
| DEVON CHRISTOPHER WENGER, | |
| Defendant. | |

The Court intends to present the attached slideshow to the potential jurors before and during voir dire.

The Court HEREBY ORDERS the parties to file a statement setting forth their objections, if any, to the slideshow by March 26, 2025. If the parties do not object to the slideshow, the statement should so indicate.

**IT IS SO ORDERED.**

Dated: March 19, 2025

_____
JEFFREY S. WHITE
United States District Judge