PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Eric.Cheng@usdoj.gov
    Ajay.Krishnamurthy@usdoj.gov
    Alethea.Sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00268 JSW |
| Plaintiff, | ) **UNITED STATES' STATEMENT REGARDING JURY SLIDESHOW** |
| v. | ) |
| (2) DEVON CHRISTOPHER WENGER, | ) |
| Defendant. | ) |

       In response to the Court's order (Dkt. 165) the United States hereby states that it has no objections to the Court's proposed jury slideshow, but respectfully requests that FBI Special Agent Julie Delgado be added to the list of prospective witnesses.

       FBI SA Delgado was not included in the Joint Pretrial Conference Statement filed on March 10, 2025, Dkt. 156, but the government disclosed her name to defendant Wenger as a potential witness within ten days on March 20, 2025. SA Delgado was one of two FBI agents present at an initial manual review of Wenger's phone following the execution of a search warrant in March 2022, as described in

discovery provided to defendant Wenger in January 2024. SA Delgado remains assigned to the San Francisco Division of the FBI. The other FBI agent (Alexandra Cabrera), who is listed as a potential witness in the Joint Pretrial Conference Statement, has relocated to Washington, D.C.

DATED:  March 26, 2025                                   Respectfully submitted,

                                                       PATRICK D. ROBBINS
                                                      Acting United States Attorney

                                                          _____/s/_____
                                                      ERIC CHENG
                                                      ALETHEA SARGENT
                                                      AJAY KRISHNAMURTHY
                                                      Assistant United States Attorneys