PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
AJAY KRISHNAMURTHY (CABN 305533)
ALETHEA M. SARGENT (CABN 288222)
Assistant United States Attorneys

      1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637-3680
      FAX: (510) 637-3724
      Eric.Cheng@usdoj.gov
      Ajay.Krishnamurthy@usdoj.gov
      Alethea.Sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00268 JSW |
| | ) |
| Plaintiff, | ) **STIPULATION OF FACTS** |
| | ) |
| v. | ) |
| | ) |
| (2) DEVON CHRISTOPHER WENGER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

1    IT IS HEREBY STIPULATED AND AGREED, between plaintiff, the United States of

2  America, by its undersigned counsel, and defendant Devon Christopher Wenger, by his undersigned

3  counsel, that the following facts are true:

4    Exhibits 30 through 37

5    1.    In March 2022, law enforcement agents seized Exhibit 30 (a gray Apple iPhone 12 Pro

6  Max cellular phone) from Daniel Harris in Weatherford, Texas with a federal search warrant.  The

7  phone, bearing IMEI number 356712116070384 and Unique Device ID 00008101-000970120AE0001E,

8  was self-identified as "Dans iPhone" and was associated with the phone number ending -9366 and the

9  email account "daniel.harris05@yahoo.com" among others.

10    2.    Exhibit 30 was transferred to the North Texas Regional Computer Forensics Laboratory

11  in Dallas, Texas, where it was accurately imaged, extracted, and copied by an FBI digital forensic

12  examiner using industry-standard tools.  These tools are designed to acquire information from cellular

13  devices without changing or deleting any information, and are routinely used to extract and process data

14  from such cellular devices.

15    3.    Exhibits 31, 32, 33, 34, 35, 36, and 37 are authentic, true and accurate copies of materials

16  originally present on Exhibit 30, and extracted from Exhibit 30 by the digital forensic examiner.

17  Exhibits 40 and 41

18    4.    In February 2022, law enforcement agents served Apple Inc. ("Apple") with a federal

19  search warrant authorizing a search of Daniel Harris' Apple iCloud account (associated with phone

20  number ending -9366 and "daniel.harris05@yahoo.com").  In response to the warrant, Apple gathered

21  records of Apple device backups and Apple iCloud information transmitted to Apple and stored within

22  the iCloud on behalf of this account, utilizing a process that ensures the integrity of the information

23  produced.

24    5.    The FBI's Secure Technologies Exploitation Unit (STXU) of the Operational Technology

25  Division located in Quantico, Virginia retrieved the device backups and Apple iCloud information

26  associated with this account from Apple using a secure, automated system.  The STXU also

27  authenticated and validated the information received from Apple through a process of digital

28

STIPULATION OF FACTS,
23-CR-00268 JSW                                                        2

identification.

6.      Exhibits 40 and 41 are authentic, true and accurate copies of materials originally present in the information stored by Apple on behalf of Daniel Harris' Apple iCloud account (associated with phone number ending -9366 and "daniel.harris05@yahoo.com").

DATED:  April 8, 2025                     Respectfully submitted,

                                          PATRICK D. ROBBINS
                                          Acting United States Attorney


                                          _____/s/_____
                                          ERIC CHENG
                                          ALETHEA SARGENT
                                          AJAY KRISHNAMURTHY
                                          Assistant United States Attorneys


DATED:  April 8, 2025                     Respectfully submitted,

                                          _____/s/_____
                                          DENA YOUNG
                                          Attorney for Defendant DEVON CHRISTOPHER
                                          WENGER

STIPULATION OF FACTS,
23-CR-00268 JSW                           3