| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | ERIC CHENG (CABN 274118)<br>AJAY KRISHNAMURTHY (CABN 305533) |
| 5 | ALETHEA M. SARGENT (CABN 288222)<br>Assistant United States Attorneys |

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Eric.Cheng@usdoj.gov
Ajay.Krishnamurthy@usdoj.gov
Alethea.Sargent@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 23-cr-268 JSW-2 |
| Plaintiff, | ) | |
| | ) | **Declaration of Ajay Krishnamurthy In Support Of** |
| v. | ) | **USA Memorandum in Opposition of Defendant's** |
| | ) | **Motion for Reconsideration** |
| DEVON CHRISTOPHER WENGER, | ) | |
| Defendant. | ) | |

I, Ajay Krishnamurthy, declare as follows:

1. I am an Assistant United States Attorney assigned to prosecute the above-captioned criminal matter.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a letter memorializing that the United States made documents bearing Bates numbers WIT268-000001 – WIT268-000090 available for inspection on April 9, 2025.

3. Attached hereto as Exhibit 2 is a true and accurate copy of document bearing Bates numbers US2-000599–US2-000610. This document was produced to defendant Wenger on January 2,

1 | 2024.

2 | 4. Attached hereto as Exhibit 3 is a true and accurate copy of a document bearing Bates
3 | number WIT268-000001 – WIT268-000004. This document was made available for inspection to
4 | defendant Wenger on April 9, 2025.

5 | I declare under penalty of perjury under the laws of the United States that the foregoing is true
6 | and accurate to the best of my knowledge. Executed this 24th day of April, 2025 in Oakland, California.

                                               */s/ Ajay Krishnamurthy*
                                               AJAY KRISHNAMURTHY
                                               Assistant United States Attorney