DENA MARIE YOUNG
State Bar No. 215344
LAW OFFICES OF DENA MARIE YOUNG
2751 4th Street PMB #136
Santa Rosa, CA 95405
Telephone (707) 528-9479
Email: dmyounglaw@gmail.com

Attorney for Defendant
DEVON WENGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>DEVON WENGER,<br><br>             Defendant. | No. 4:23-cr-00268 JSW<br><br>**DEFENDANT'S ADDITIONAL AUTHORITES RE MOTION FOR JUDGMENT OF ACQUITTAL (FRCP 29); MOTION FOR NEW TRIAL (FRCP 33)** |

Defendant, DEVON WENGER, by and through his attorney of record, Dena Marie Young, hereby submits the following Additional Authorities re: Defendant's Motion for Judgment of Acquittal and Motion for New Trial.

**LIST OF ADDITIONAL AUTHORITIES**

1. Federal Rules of Evidence, Rule 16(G)(iii):  The disclosure must include " a complete statement of all opinions that the government will elicit from the witness in its case-in-chief, or during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C)."

2. *United States v. Briscoe,* 703 F.Supp.3d 1288, 1294 (D. New Mexico 2023) – "The government must disclose the specific opinions that will be elicited and not simply provide a general description of the topics that will be covered"

3. *United States v. McKinney*, 429 F.2d 1019, 1026 (5th Circuit 1970) - "Implicit in these cases is the assumption that when jury misconduct is alleged in the defendant's motion for new trial, the trial judge has a duty to take the following actions: he must conduct a full investigation to ascertain whether the alleged jury misconduct actually occurred; if it occurred, he must determine whether or not it was prejudicial; unless he concludes that it was clearly not prejudicial, he must grant the motion for new trial; if he concludes that it did not occur or that it was clearly not prejudicial, he must spell out his findings with adequate specificity for meaningful appellate review."

Dated: June 30, 2025                                         Respectfully Submitted,


                                                                __/s/ Dena Marie Young__
                                                                DENA MARIE YOUNG

                                                                Attorney for Defendant
                                                                DEVON WENGER