UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

**DATE**: June 30, 2025

**TIME IN COURT**: 29 Minutes

**JUDGE**: JEFFREY S. WHITE

**COURTROOM DEPUTY**: Nicole Hall

**COURT REPORTER**: April Brott

**CASE NO.**: 23-cr-00268-JSW-2

**TITLE**: United States of America    v.    Devon Christopher Wenger
☒ Present   ☐ Not Present   ☐ In-Custody

**U.S. ATTORNEY**:
Eric Cheng
Alethea Sargent
Alexander Shepard

**DEFENSE COUNSEL**:
Dena Young

## PROCEEDINGS

**RESULT OF HEARING**: Motion for New Trial and for Judgment of Acquittal – HELD

The Court hears arguments on the motion. The matter is taken under submission, written order to follow.