# LETTERS OF SUPPORT

July 19th, 2023
Alex Grauer
1415 Broadway APT 315
Alameda, CA 94501


Honorable Judge,


Throughout the twenty-five years that Daniel and I have been friends, I have witnessed Daniel grow into a caring and loving father and someone who I have always been able to rely upon. Daniel's consistency, not only to his loved ones, but to his work, has been a strong presence that has shaped and molded Daniel's character. The dedication that he has shown in cultivating strong and healthy relationships with those closest to him, is a testament to the value that he places on his community and those he cares deeply for.

While growing up, Daniel's goals of working in law enforcement and serving in the military were always at the forefront. His dedication to working as a police officer was a goal that Daniel routinely spoke about at an age as early as twelve. This goal was guided by the particularly difficult childhood that he had experienced and the desire to stop the cycle of abandonment that led to Daniel being raised by his grandmother.  Daniel always made it a point that he never wanted to end up like his family, and that by becoming a police officer, he could end the cycle of prison, addiction, and abandonment.  Experiencing that level of loss and not growing up with his parents created a person who embraced law enforcement and someone who always put his children and family first. He wanted the opposite of everything that he experienced growing up.

Daniel has also played a vital role in my life and when I needed him the most, he provided guidance and consistently checked in on me when I was struggling. When I was a teenager, I was heading down a path that was not going to provide a positive future. At a particularly hard time, I reached out to him, and he was there within the hour to talk to me about the trajectory of my life and to just listen to me. Those conversations and the following check-ins would re-direct the course of my life. I would go on to graduate college, become an engineer, and leave those that were having negative influences on me. Sixteen years later, I find myself still thinking of those conversations and the kindness shown. They truly were life-altering moments, and I am not sure what my life would look like today had he had not been there.

Daniel's commitment to his career, community, and loved ones is one of his most admirable traits. A trait that seems to come effortlessly and one that I have personally looked up to in times of need. Daniel has always been a pillar within my own life, and I have watched him time, and time again, provide support to not only those who he is closest to, but to any individual in need of help. Daniel will forever be someone I hold in the highest regard.


Sincerely,


Alex Grauer

**Honorable Judge Jeffrey S. White**

**United States District Court**

**1301 Clay Street, Courtroom 5 – Second Floor**

**Oakland, CA 94612**

Dear Honorable Judge White,

My name is Amanda Costa, and I am Dan Harris's girlfriend. I respectfully submit this letter to provide the Court with insight into Dan's character, values, and the kind of man he has consistently proven himself to be both professionally and personally.

I first met Dan in 2019 at the Contra Costa County Office of the Sheriff Law Enforcement Training Center in Pittsburg, California. At the time, I was enrolled in the police academy as an affiliated recruit pursuing my lifelong goal of becoming a police officer. Dan was assigned to my class as a Recruit Training Officer (RTO), a role he carried out with immense pride, discipline, and a deep sense of responsibility to the recruits under his guidance.

During my time in the academy, Dan, then referred to as Officer Harris, spent countless hours mentoring recruits to become capable, ethical, and honorable law enforcement officers. His commitment went far beyond teaching tactics or enforcing standards. He invested himself in shaping the character of his recruits, emphasizing integrity, accountability, humility, and respect for all people. While he maintained the firmness expected of an RTO, it was clear that beneath that exterior was a deeply thoughtful man who genuinely cared about the outcome of those he trained. His reputation extended well beyond the academy, as he was widely regarded as one of the most respected officers in the area, not because of authority, but because of how he treated people.

One principle Dan spoke about often was the importance of respect toward the public, toward fellow officers, and toward oneself. He believed strongly that wearing a badge never made someone better than anyone else. He frequently discussed the spirit of the law versus the letter of the law, emphasizing that law enforcement should not be about ruining lives simply because one has the ability to do so. Dan truly believed that arrests are not always the answer, and that discretion, compassion, and sound judgment are essential components of justice. These were not abstract ideals; they were values he lived by and instilled in his recruits.

Dan was also known for his dedication to physical fitness, not as a matter of ego, but as a foundation for safety, longevity, and personal responsibility on the job. He motivated countless recruits, including myself, to push beyond perceived limits for their own well-being. Even after the academy concluded, Dan stayed in touch with many recruits, checking in on their progress during field training, offering advice, and remaining a mentor long after his formal role had ended.

My relationship with Dan grew after the academy as I continued to seek his guidance during the challenging and often overwhelming period of field training at my agency. His compassion, steadiness, and insight drew me in, and over time he became not only a trusted mentor, but my closest friend. In 2023, we chose to pursue an exclusive relationship. At that time, I was living in Southern California while Dan was living in Texas, and we navigated a long-distance relationship for nearly a year while I completed school.

Despite the distance, Dan consistently prioritized our relationship while balancing flight school, being a full time student in graduate school, the stressors of this case, and the demands of being a single father. He traveled frequently to see me and thoughtfully planned visits for me to spend time with him and his children, Ryder and Paige, so our relationships could grow organically. In July of 2024, I moved to Weatherford, Texas, into Dan's home with him and his children.

As a significant other, Dan is extraordinarily loving, caring, understanding, compassionate, and loyal. He has stood by me during the worst moments of my life with unwavering support. I rely on Dan not only as my partner, but as my best friend. He is my safe space, the person who grounds me, protects my peace, and helps me see a better version of life even during its darkest moments.

While Dan has made mistakes, I have personally witnessed how deeply their consequences torment him. He does not openly express his pain, but on several occasions, I have watched him quietly remove himself from the room to cry alone. These moments are not performances of regret; they are private, unguarded expressions of a man who is genuinely haunted by the weight of his actions and their impact.

Dan never intended to find himself in this position. At the time of the events leading here, he was in a profoundly dark place following numerous injuries sustained during his military service and career in law enforcement. Those injuries, both physical and psychological, left him struggling, and in that vulnerable state he made careless decisions. However, those decisions do not reflect the man I know, nor the values he has lived by for decades.

Dan has never promoted or encouraged the misuse of steroids. He has been open about his past use and maintains that there is a legitimate place for them in contexts such as injury repair and the sport of bodybuilding. The individuals he provided them to were for those purposes alone. While this does not excuse poor judgment, it is important context in understanding intent and character.

I lived with Dan through one of his surgeries, and I can attest to the extraordinary level of pain he lives with daily. Even now, his injuries remain severe, though he rarely allows them to show. When physical pain does not wake him during the night, it is often replaced by vivid, horrific nightmares that leave him drenched in sweat or jolting out of bed. He carries both visible and invisible wounds from a lifetime of service.

Dan has sacrificed immensely for his country, his communities, and his family. He rightfully earned a medical retirement, which he was entitled to after years of service, yet it was stripped away. In the aftermath, his ex-wife took advantage of a man who had already lost nearly

everything. Despite this, I have watched Dan refuse to give up. He dedicated himself to flight school and to furthering his education, and he is now nearing completion of a master's degree.

Dan is fully aware that his felony convictions severely limit his professional opportunities. Still, he often says that continuing his education is about proving to himself and to his children, that no matter how hard life becomes, you keep moving forward. That mindset defines him. He is resilient, disciplined, and deeply principled, even when the world has been unforgiving.

Above all, Dan is an exceptional father. His children are the center of his world, and he consistently places their needs above all else. He supports them academically, emotionally, and physically, providing the structure, encouragement, and safety they depend on. It is clear that he is their safe space. When it is time for them to return to their mother's home, both children frequently ask why they cannot live with us full time, and his daughter often leaves in tears, struggling with the separation from her father.

As someone who lost my own father in childhood, I can say without hesitation that Dan is everything I would have wanted in a father. He is patient, present, protective, and deeply loving. He is also the kind of man I would be honored to have children with myself.

In every role he has filled, as a soldier, police officer, mentor, partner, and father, Dan Harris has demonstrated integrity, compassion, humility, and perseverance. He has made mistakes, but he is not defined by them. He is defined by decades of service, sacrifice, and an unwavering commitment to becoming better, even when the cost has been immense.

I sincerely hope the Court will consider this perspective as a reflection of the man I know Dan to be, and that he is afforded the opportunity to continue rebuilding his life and showing the good he is still capable of offering the world.

Sincerely,

Amanda Costa

(925) 960-5330

113 Coldwater Creek Ln

Weatherford, TX 76088

Amandacosta1226@gmail.com

Andrew Perry
3058 Infinity Drive
Weatherford, TX 76087

Honorable Judge,

My name is Andrew Perry, and I am an Enterprise Sales Executive with Motive. More importantly, I am writing to you as someone who has been blessed to know Dan Harris for the last two years. In that short time, he has become one of my best friends—truly family to me. I have trusted Dan with some of the most personal struggles in my life, and he has always shown up with compassion, honesty, and wisdom. He is the kind of man I would trust with my daughter's life—we refer to him as "Uncle Dan."

Although I did not know Dan at the time of the offense for which he was convicted, I know the man he is today. And the man I know is someone of exceptional character.

Dan has lived a life of service—to his country and to his community. He served honorably in the military and later in law enforcement, willingly placing himself in harm's way to protect others. That level of selflessness is rare, and it speaks volumes about who he is at his core.

In his day-to-day life, Dan is one of the hardest-working, most respectful, and genuinely kind people I have ever met. He is the type of person who would give you the shirt off his back without hesitation. As a fitness coach, he dedicates his life to helping others better themselves. I have watched him take on clients struggling financially and train them at reduced or no cost—because for him, helping people comes first.

Dan is **not** a violent person in any sense of the word. In the time I've known him, I have never once seen him act out of anger, aggression, or hostility toward anyone. He is calm, level-headed, and thoughtful, even in stressful situations where most people would lose their composure. Dan is the friend who diffuses tension—not creates it. He is the type who listens before he speaks, who tries to understand rather than escalate, and who carries himself with a quiet humility that puts others at ease.

Whether he's coaching clients, talking with friends, or parenting his children, Dan leads with patience and empathy. His natural instinct is to help, to guide, and to support—not to harm. I have watched him interact with all kinds of people, including those who were frustrated or upset, and he always responds with kindness and understanding. That is who he is at his core.

But above all else, Dan is a father. His two children, Paige and Ryder, adore him. Over the past two years, I have seen firsthand how he teaches them right from wrong, how he shows patience, love, and discipline, and how deeply committed he is to raising them with strong values. His children are kind, respectful, and loving—and that is a direct reflection of the father they have. Dan would give his life to protect them, and I truly believe they are better people because of his influence.

The offense Dan has been convicted of does **not** define him—not as a man, not as a father, not as a friend, and certainly not as a member of society. This was not a violent crime. He did not hurt anyone. It was not an act that reflects his character or the values he lives by every single day. When weighed against the totality of his life—his service to this nation, his devotion to his children, his kindness, and his contributions to the community—it is clear that a harsh sentence would not serve justice.

Dan Harris is a good man who made a mistake, not a danger to society. In truth, he is the type of man who strengthens his community, not harms it. I believe wholeheartedly that he deserves understanding, compassion, and leniency.

Thank you for taking the time to read this letter and for considering Dan as the man he truly is.

Respectfully,
Andrew Perry

January 5, 2026

The Honorable Jeffrey S. White
United States District Court
Northern District of California
1301 Clay Street Court Room 5
Oakland, CA  984612

RE:  *USA v. Daniel Harris*, No. 4:23-cr-00268-JSW

Dear Judge White,

My name is Andrew J. Stercks, I am currently a Police Sergeant employed by the Department of Veterans Affairs in Tacoma, Washington.

I'm a retired U.S. Army veteran and served in the U.S. Army and Army Reserves from March 1980, until November 2009. I served one deployment to Iraq, starting my pre-deployment training in January 2007 and completed my deployment in May of 2008.

I completed a Bachelor's Degree in Criminal Justice at Boise State University in 1994, and began my law enforcement career with the Ada County Sheriff's Office in Boise, Idaho in November of 1994. With the Sheriff's Office I worked as a Detention Deputy and a Jail Training Officer prior to becoming a Patrol Deputy in January 2000 working with the Sheriff's Office until October of 2006.

In October 2006 I left the Sheriff's Office and moved to Clayton, California. At that time, I married Kathleen Barmore. Her youngest daughter Megan was living in Reno, Nevada going to school with Daniel Harris. They eventually married and Dan became part of my family.  I first met Dan in December 2006 before my deployment to Iraq in January. After my military deployment I began working as a Veterans Affairs Police Officer in May 2009, with the Department of Veterans Affairs working in San Francisco, Martinez, and eventually Oakland California as a Supervisory Police Officer.

After my return from Iraq in 2008, Dan and I developed a close family bond and friendship. Dan expressed an interest in working in law enforcement, and I shared my experiences in law enforcement and the military and how the discipline of military training and the tactical skills applied to my ability to meet the required skills needed for employment in law enforcement.

From my experience working in law enforcement and the military as a senior noncommissioned officer for almost 30 years I believed Dan would be a good fit and excel in a career in either field he chose. Dan is a man of strong character, accepts responsibility for his choices and applies every effort toward success and excellence in what he does. Dan excelled in his military training due to his ability to learn quickly and provide assistance and leadership to others. Dan had an immediate positive impact in the training of Army Reserve members of his unit which also provided him with both promotion and training opportunities rarely provided to new recruits and junior members of the military.

I was also very proud to participate in Dan's graduation ceremony from the Contra Costa County Sheriff's Office Academy where Dan also excelled in his training and as a class leader. I would like to think I had an impact on the direction and success Dan has had through my mentorship, but I know his achievements were due to his own passionate and disciplined ability to learn and grow.

Dan's passion to succeed is in everything he does, including as a father, friend, and member of the family. Dan was raised by his grandmother, June and his parents weren't always present in his life. I know Dan's most important role in his life is to be a good father and set a positive role model for his son Ryder, and daughter Paige. To always be present in his children's lives. I have been overwhelmed by sadness for Dan because of the effect the criminal case has had on Dan's life. The depression and thoughts of defeat, a life put on hold.  I love Dan and his family dearly, and will stand with him as family and a friend. I will never abandon my role in his life. Through all the hardships Dan has continued his education completing his Bachelor's degree and working toward a Master's degree, while also completing pilot training. I really admire the strength to keep going forward when there's so much at stake with not knowing what the future holds for Dan. I would be in mental turmoil daily if I was in the same position.

Yes, I believe Dan's passion to succeed has impacted the choices he has made in his life with regard to his fitness and health. With having breast cancer, neck and back surgeries and the recovery process to rebuild his health and fitness. One of those choices is related to why I am writing this letter. I don't know every detail, or the facts of the criminal case brought against Dan, or the reason why it has, and continues to have a detrimental effect on his life since the case began four years ago. I hope that consideration is made regarding to Dan's cooperation and acceptance of responsibility, and that the court shows mercy. I know that from my experience in law enforcement the sentencing is supposed to be the punishment phase for violations of the law, but what I realize after thirty years is that it begins much earlier than that and can have a lifelong impact.

Sincerely,

Andrew J. Stercks
4301 Pilatus Ave SE
Lacey, WA  98503
360-742-6062

Brad Harris
2102 Galveston Ave
San Jose, CA 95122
(650) 207-7307

Honorable Judge White,

My name is Brad Harris, and I am Dan Harris's uncle. I have known Dan his entire life, and I appreciate the opportunity to offer my perspective on his character, both considering his current legal issues and the many challenges he has faced throughout his life.

Dan has never been dealt an easy hand. His father, my brother, was in and out of prison for much of Dan's life and tragically passed away in a car accident in 2016. Although Dan was not close with his father, the loss impacted him deeply. At the time, he was not afforded the opportunity to grieve, as everyone turned to him to handle his father's arrangements. In typical Dan fashion, he stepped up and took care of what needed to be done. His mother struggled with drug addiction and abandoned Dan, his brother, and his sister before she was ever even there for them. The siblings were separated at a young age, and Dan endured years of physical and emotional abuse before finally being taken in by his grandmother, my mother. He was forced to grow up faster than anyone I have ever known, with no meaningful relationship with his mother or siblings, and his only real connection to his father occurring during visits to San Quentin.

Frankly, many members of our family struggled to build stable or productive lives, and it would not have been surprising for Dan to follow the same path. Despite the odds stacked against him, he was determined not to become a product of his environment. He refused to repeat the cycles that affected his parents and much of our family, choosing instead to focus on discipline, integrity, and personal responsibility. Dan joined the military and excelled, graduating at the top of every class he attended. He never experimented with drugs, rarely consumed alcohol, and made a conscious effort to live a healthy lifestyle. From a young age, Dan was committed to physical fitness, lifting weights and training constantly, inspired by action heroes and a desire to protect others. He often spoke about serving in the military or becoming a police officer because, in his words, he wanted "to save the day."

After becoming a father, his proudest accomplishment, Dan pursued a career in law enforcement. Through years of hard work and perseverance, he earned the opportunity to become a police officer. At the academy, he ranked number one in his class, a testament to his dedication and work ethic. I could not have been prouder watching him graduate, especially when he was selected to give a speech on behalf of the entire class, the only recruit chosen to do so. Unfortunately, his career was cut short due to multiple injuries sustained during his military and law enforcement service, ultimately requiring major spinal surgeries. Despite living with chronic pain every day, Dan has never stopped pushing forward.

Dan's life changed significantly because of his involvement in this case. He lost his medical retirement, went through a terribly painful divorce, and now struggles with depression. Even so, I have consistently seen him remain a devoted and loving father, never allowing his loss to affect his children, which are his world. He works tirelessly to be a positive example for them, teaching

perseverance and resilience in the face of adversity. I have a close relationship with his children, and I can confidently say that they rely on him more than anyone else in their lives. Their bond is truly remarkable, one that Dan never had with his own parents, but has made certain his children will always have with him.

Despite everything he has lost, Dan has not given up. He put himself through flight school earning a pilot's license, completed his bachelor's degree, and is currently pursuing a master's degree. He is the first in our family to serve in the military, the first to become a police officer, the first to earn a college degree, the first to pursue graduate education, and the first to obtain a pilot's license. What is especially important for the Court to know is that many of these accomplishments occurred after the onset of his legal troubles, which is truly remarkable. Most people in his position would have given up long ago, but Dan did not. He has always sought to rise above his circumstances and be a source of change for our family. We are immensely proud of the man he has become.

It is sad to know that with these felonies haunting him, his education, years of training, and extensive experience, will likely go to waste. Society in many ways loses such a valuable contributor because of these convictions. What is even more difficult for me, is to watch the child I saw grow up who comes from nothing with such big dreams, who accomplished nearly everything he set his mind to, now speak about working retail jobs simply to survive. There is nothing wrong with honest work of any kind, but if you knew Dan, you would know he was meant for more in this world.

While Dan has unquestionably made mistakes, like most of us, I respectfully ask the Court to consider the immense consequences he has already endured. He has lost his career, his medical retirement, his dream of becoming a pilot, his ambitions as a bodybuilder, and most painful to him, the respect he once held as a service member. For a man who has spent his entire life striving to make the right choices, I hope the Court can recognize that these few wrong ones should not define his future. I truly believe Dan will recover from this and continue to be the father and person who defies the odds, just as he always has.

Thank you for your time and consideration.

Sincerely,
Brad Harris

Ph. <u>707-419-1859</u>
<u>Chadmanley80@gmail.com</u>

07/25/2023

To: The Presiding Judge
Re:  Mr. Daniel Harris

Dear Sir or Madam,

My name is Chad Manley, and I am currently employed by the Redding Police department as a Peace Officer. It should be noted that my statement is based solely on my personal experiences and does not reflect the Redding Police department.

I have offered to write a character reference on behalf of my friend, Mr. Daniel Harris, as I know he is facing some pending charges.I have known Mr. Daniel Harris as a good friend for over 25 years and have found him to be honest, reliable, hardworking, conscientious and courteous. During our friendship, Mr. Harris has always been there for me and my family through our ups and downs. Mr. Harris opened up his home to my brother when he was struggling financially and with employment. He has truly been a great friend over the years and someone who my family and I can always count on.

In addition to our friendship, he has inspired me to pursue a career in law enforcement. I think it should also be noted that Mr. Harris is a Veteran and served in the army from 2010-2018.

It is my sincere hope that the court takes this letter into consideration for any decision the courts will make. I still believe Mr. Harris to be an honorable individual, a caring husband/father and a good human being.

I will be happy to provide further information, if required.

Sincerely,
Chad Manley

I am writing this letter to express my admiration for the exceptional character of my friend, Daniel Harris. I had the pleasure of meeting him during his employment with the Contra Costa County Sheriff's Office, and I can attest to his unwavering dedication to helping others achieve their goals.

At the time we met, I was an overweight police officer with poor eating habits and an unhealthy lifestyle. Daniel, on the other hand, was a fitness enthusiast who took his health seriously. He began sharing his knowledge and expertise with me, providing me with valuable advice, motivation, and inspiration to live a healthier life.

Despite transferring to the Antioch Police Department, Daniel continued to excel in his career. He was well-liked by his peers and received several special assignments, which were reserved for officers who excelled in their positions.

Approximately three years ago, Daniel and I were working on a project together, and I confided in him about some symptoms I was feeling, which I wasn't comfortable discussing with my wife. After listening to me, Daniel recommended that I get my testosterone levels tested and referred me to a clinic. After a few weeks, I decided to give the clinic a call and discovered that I was not only suffering from low testosterone but also several other health issues when I received my bloodwork results. Long story short, I became a candidate for testosterone replacement therapy and began treatment.

In 2020, I sustained an injury due to my previous unhealthy lifestyle and was forced to take medical leave. During my rehabilitation and recovery, Daniel called me regularly, providing me with workout and nutrition advice, as well as demonstrating exercises that I could perform in the gym. He went above and beyond what was expected of him, always putting my needs above his own.

Daniel is one of the most selfless people I have ever met, and his exceptional character is evident in the way he has helped me transform my life and become a healthier, happier person. He is always willing to help a friend in need, and I have no doubt that he will continue to inspire and motivate those around him to be the best versions of themselves.

I feel honored to know Daniel, and I am grateful for his unwavering support and friendship. He is truly a remarkable person with a heart of gold, and I am fortunate to call him my friend.

Sincerely,

Christopher Kidd
(925) 209-5433

To Whom It May Concern:

Hello, my name is Colter Brewer I am father of 4 boys of the ages 4, 8, 10, and 12. I have been married for 16 years and been with my wife for a total of 22 years as high school sweethearts. I am a Business Manager for Platinum Accounts for a Fortune 500 Wireless Company and have been the wireless industry 18 years.  In my spare time I volunteer at our local youth association as the Football Director, Equipment Director, and coach for all sports for past 7 years. I met/delt/work with a lot of people with diverse backgrounds and I believe I have a great judge of character.

I met Daniel Harris when he moved to Texas in 2022 and I coached his son during that football season.  I was amazed by his son's manners and how well he behaves, which in my experience it's a direct reflection of Daniel Harris's parenting.  When I met Dan, he was very polite, positive, and very respectful. He immediately offered if he could help the program in any way he could. I could always count on Dan during practice to help coach, donate his time during the games for concessions, gate fee handler and helping on the game field. Dan became a coach because how well the kids responded to his positive dimeter and the ability to show kids "how" vs. telling.   During that season we became close friends, I had the pleasure to get to know him and his family. Dan is also a great father and provider for his family. He has always gone above and beyond to provide for his family by renovating houses while he was a Police officer. Dan has always ensured that his family was his 1st priority because it was not like that for him as a child.  Dan had such a hard life growing up and he faced so many obstacles that he overcame. I am amazed that he did not become a product of his environment.  Most people who had been abandon by their parents and became homeless, don't become a great man like Dan. Dan turned out to be a great friend, father, husband, productive citizen, who sacrificed his life for his country for 8 years. Then come home and sacrifice his life again to protect citizens as a police officer.  To meet a person like Dan who don't dwell on the negatives in his life but always pursued greatness is very admirable and rare.

I am writing this letter because I feel that Dan has falsely been accused of these crimes that he is facing. Dan has a passion for fitness and has taken steroids before. He told me about his body building days and how everyone in that group uses them. He also told me he no longer takes them and does not recommend them at all.  I know 100% that he is not a steroid dealer or even promotes taking steroids.  Dan actual mentored me to help lose weight. Dan provided me with a meal plan and workout plan. Not once Dan told me to take steroids or any form of enhancements to achieve my fitness goals. Not once he offered to buy/sell or give me any steroids. I cannot believe that the State of California is treating a veteran, retired police officer and an outstanding citizen/individual like this, when they had a Governor who openly talked about steroids use. Not to mention a state that legalized harmful drugs and they are going after citizens who used steroids and falsely accused of selling steroids?  In my opinion they should be going after real criminals, not a great citizen/veteran/retired police officer like Daniel Harris.  The Justice system should be pursuing real criminals who conduct real crimes and not going after the people who protected us.  In my opinion people who deal drugs don't aspire to become anything but a criminal that needs money. Dan is in the process of becoming an airline pilot, who just finished his bachelor's degree in psychology, who is financially stable, who gives back to the community, and he puts others needs before himself. Does that sound like a drug dealer to you? Daniel Harris is a man who pursues greatness, and leads by example, no matter what obstacles he faces. Daniel Harris is not a drug dealer.

I hope the Judge and the Jury see through these false accusations and drops all charges. I hope you take my character letter to heart. I hope you see what everyone else who meets Daniel Harris sees, a great man.

-Colter Brewer   8/18/23



December 3, 2025


Honorable Jeffrey S. White

United States District Court

1301 Clay Street, Courtroom 5 – Second Floor

Oakland, California 94612


Dear Judge White:

Daniel Harris and I have been close friends since he joined the United States Army in 2010 and became a member the 14th Psychological Operations Battalion. I enlisted into the same unit the year prior. In the beginning of our friendship, we were both enlisted soldiers serving on different Tactical Operation teams. As the more senior soldier in the unit, I assumed a mentor role for Dan because I immediately saw his potential to excel in the Army. Dan embodies the Warrior ethos like few other soldiers I have met during my Army career. Our relationship quickly evolved into a co-mentor relationship. I was selected to deploy to Afghanistan in 2010. Because Dan was new to the unit, he was not selected for this mission. In preparation for my deployment, Dan took it upon himself to not only provide me with workout and meal plans, but he also became my personal trainer. I have always maintained my physical fitness, but I had difficulty attaining the fitness level required of a Special Operations soldier heading into battle. Dan lived everyday at this superior fitness level. He finished as distinguished honor grad or honor grad at Air Assault school, Airborne school, and Warrior Leaders Course. He completed these courses within the first year and a half of joining the Army. Dan completed Air Assault school even though he sustained a tear to his meniscus. That is unheard of. Most soldiers only go to one of those schools during the first year of their enlistment, and only if they are assigned to a unit where those skills are required. Dan took me under his wing to teach me how to develop the mental fortitude to push my body beyond physical limits that I believed unattainable. I ran my first sub-5-minute mile after working with Dan for a few weeks. Dan took me on as a mentee because he wanted to do everything within his power, short of being by my side on the battlefield, to ensure that I could survive war.

Unbeknownst to Dan, his tutelage gave me the mindset necessary to endure and survive the austere, violent environment of war. I need to express that Dan's motivation for helping was rooted in compassion and consideration. I noticed that Dan felt the sting of disappointment for not being placed on the battle roster for Afghanistan, not because he could not deploy, but because he could not stand alongside his fellow teammates and keep them safe on the battlefield. Dan would help every member of the unit prepare for war by sharing of himself and his knowledge. No one asked this of him. Dan took the initiative and helped. From 2010 until


Certified SDVOSB Company


Certified DVBE Company


Certified Green Business



today, every action I have witnessed Dan Harris take has been rooted in compassion and consideration for others. Even pushing himself through one of the most challenging military schools with a torn meniscus was to show other soldiers what can be achieved regardless of the obstacles in the way.

My Detachment returned from Afghanistan in 2012. Of those of us that made it home, one hanged himself. Another spent over $3,000 a month on alcohol for years almost destroying himself and his marriage before getting help. And I found myself on the wrong side of the law, and in your courtroom in 2017 sentenced to Federal prison. Ordered to stay home, Dan was forced to sit idle while his battle buddies were permanently altered or killed by war. Dan blames himself for the harm that has befallen my teammates and me. I talk to Dan regularly, and not a month has gone by without Dan bringing up his regret in conversation about not being able to be with us on the battlefield. He swears things would have been different if he was there to help and protect us. Dan suffers from the psychological distress of Survivors Guilt. I have seen this from several soldiers who were not able to deploy with their unit. Dan is a member of the U.S. Army Special Operations Command, which is a small close-knit community. The camaraderie we share is deep. When one of us is harmed, the magnitude of its impact is harrowing. It hits us at a place that feels like it cannot be healed. Dan has been carrying that pain and sense of helplessness with him since 2012. I am not offering this as an explanation for Dan's actions that require me to write this letter. I am writing this to illustrate the depth of Dan's care and concern for other people.

Honorable Judge White, when you sentenced me to 60 days in prison, 2 years of house arrest, and 3 years of supervised release, you gave me an opportunity to positively change my life and the lives of other Veterans. While on house arrest, I completed a Master of Science in Construction Management. While on supervised release, I attained a Master of Business Administration. Though I still experience challenges and struggles, I started a business 4 years ago, and I have hired over 30 Veterans that have been justice impacted and connected them with support so they can thrive. I am most proud of the fact that I have partnered with Swords to Plowshares, the VA, and Insight Housing, and have helped 5 Veterans transition from unhoused to housed and have facilitated fully furnishing their new homes through donations. I know unequivocally that the positive impact I am having on Veterans and my community pales when compared to the positive impact Dan has had on our unit through his compassion and caring. Dan has had this same type of impact on every community he has been a part of including, his jiu-jitsu community, his fitness community, and his children's academic and extracurricular communities.

Dan has committed crimes while working as a police officer. Being a police officer means society holds him to a standard above that of the average citizen. Dan has always held himself to that high standard, so I am not sure what factors have led Dan to where he must sit before you. What I do know is that the past 3 years Dan has spent on pre-trial has taught him what he needs to learn from the criminal justice system about the consequences of his actions. While on pre-trial, Dan's wife divorced him, he had to stop flight school, and he has been unable to gain employment that pays a living wage because of his pre-trial status. Placing Dan in prison would



Certified SDVOSB Company



Certified DVBE Company



Certified Green Business



transfer the punishment for these offenses to his children and the communities he is a part of. Dan is a good man, and an even better father and friend. Dan brightens the communities he is a part of, and his actions that placed him before you are anomalies of his character and are in no way indicative of the true substance of the man.

Thank you for taking the time to read this.

Sincerely,

Gary Bostick

Owner / Director of Operations and Veteran Services

925-285-0399

gary@junkedbyvets.com

www.junkedbyvets.com

5046 Commercial Circle Suite C

Concord, CA 94520



Certified SDVOSB Company



Certified DVBE Company



Certified Green Business

# IVAN PEREZ

2154 Prato St. Brentwood CA 94513 | (925) 325-5762 | ayeivan15@gmail.com

**May 1, 2022**

To: Whom it may concern
From: Ivan Perez, Richmond Police Officer
Subject: Character Reference Letter

I have personally taken the liberty to generate this character reference letter for Daniel Harris. I have known Harris both professionally and on a personal level for over two years. I was both troubled and surprised to hear about his recent case as he has always been an exceptional individual. It is for this reason that I am happy to write a character reference letter for Harris.

I first met Daniel Harris in 2019 when I was a non-affiliated Recruit at the Contra Costa County, Law Enforcement Training Center. Harris was our Recruit Training Officer for class 189. During the academy Harris played an immense role. He not only allotted time for us prior to the academy but also after. Harris was always the first to arrive at the academy and the last to leave. No matter what kind of questions or issues we threw at Harris, he was always there to guide us. Even after the completion of our academy class, Harris stayed at the training center to volunteer his time. He even taught various courses at the academy to help the new class.

Harris is and has always been someone that I look up to in this profession. Although I got a chance to know Harris on a professional level, he has always been someone I can call my good friend. In our friendship, he has always been there for me, especially since I was a non-affiliated Recruit. He made it a point to be there and show a significant amount of support during my struggles in the hiring process. It was Dan, that was a source of camaraderie for both me and my family. He has truly been a great friend over these last two years.

It is my sincere hope that this letter be taken into consideration. I still believe Daniel Harris to be an honorable individual, an incredible Peace Officer, and a good human being. I can assure that regardless of what has taken place, Harris is not a criminal. His passion for this

profession, his love for his family and friends is extremely apparent and there is no doubt in my mind that this situation at hand will be resolved and Harris will be cleared of all suspicion.

If there are any questions, please feel free to contact me personally.

Sincerely,


**Ivan Perez**

2

Bethany Gee

Weatherford, TX 76088

December 4, 2025

Dear Honorable Judge,

I would first like to introduce myself, Bethany Gee of Weatherford, Texas. I am married to Jared Gee of 15 years and we have two children, ages 11 and 13. I work as an Accounting Manager in Weatherford for a wind turbine business and have a small bookkeeping business.

We met Dan about three years ago when he moved to Texas from California. As my husband and I got to know him we would have never guessed the history he has with the case. He carries himself with confidence and easiness when in reality he is carrying a lot of stress and weight with this case.

My husband and I have built a relationship with Dan and his family and consider them part of our family. We have enjoyed family and couple trips over the past years. We find ourselves together quite often enjoying the weekends together and supporting each other's kids at sport events.

Dan is a big part of his kids lives. We have personally seen him put his own needs on hold to ensure his kids are taken care of. He is there for them whether it is for nightly homework, sport practices, someone to talk to, or play a game. He plays an active role in his kids' life and is a great role model to them both by showing them care, love, and attention.

Our kids are close in age and they have built a friendship as well. Dan has hosted numerous sleepovers at his home over the past years. He takes tremendous care of all the kids. My daughter looks forward to his pancakes in the morning and my son looks forward to his specialty smash burger for dinner. He takes the kids to the waterpark each summer to enjoy summer break and get our kids out of the house while my husband and I work. I would say our kids hold a special place in Dan's heart.

It breaks my heart to see the impact the case has made on Dan in various ways. One is the way the police have entered his residence on two occasions. Dan lives in a neighborhood, he wouldn't ever go against the police and their request, but on two occasions the police have made a scene in his neighborhood. The second time was very excessive from rutting his yard with an armored military vehicle and cutting through his garage door that a person couldn't

even fit through. We live in a small town and this was quiet embarrassing the talk that filtered through town. I personally tried to help keep a positive light for Dan as people talked and saw Dan as a bad person in the community. He is far from that!

Dan has been unable to assist with some opportunities I have presented to him from my employers due to the felony that he currently has on his record. Dan is an entrepreneur and has some wonderful ideas but unable to make them happen with the unknown future for him and not able to move forward with his life and family. It is disappointing to see the ideas Dan has not been able to make happen due to the hold this case has on his life.

Dan has a passion for fitness and helping trainees better themselves, their mental health, and living a better life overall. He has helped Jared through personal issues and has been a friend he can lean on. Dan has been training Jared in fitness for almost a year. My husband has personally seen the enjoyment Dan has for the fitness world and the detail and support he puts into his training. Dan promotes fitness in a healthy way by providing healthy meal plans, natural muscle growth, and sculpted training plans fit for each person's goals.

There are so many wonderful things we could speak about Dan. I hope you can find compassion on Dan and know that he has spent the past four years unable to commit to his life and live it to its fullest. There are so many people he could motivate and mentor but unable to commit to long term goals. Dan has two precious kids that depend on him more than you can imagine.

Sincerely,

Jared and Bethany Gee

To The Honorable Judge,

I, Jeremy Kawamura, write this letter of reference about Daniel Harris with whom I have had the pleasure to know for more than twenty years, in order to clarify and defend his good judgment and moral character.

During this length of time, Daniel Harris demonstrated numerous qualities as a valuable person in our society. There have been many times during our impressionable high school years where peer pressure has been used to push alcohol, marijuana and other substances his way all while politely and confidently declining to partake. I believe his strong moral compass for this has come from watching his parents' own struggles with abuse and addiction. He has never shied away from or made light of these issues but instead used those experiences as strength and drive to do and be better himself.

Daniel has on many occasions lent money to other friends and family to help them out of a tight spot with zero hesitation. He has been a solid sound board and listener for others who needed advice or just someone to listen during troubled times.

In addition to this, Daniel joined the United States Army where he has received many awards and high accolades for his role as a member of our great military such as earning his jump wings and reaching the rank of Sergeant. I have observed him being strong willed, a team leader and a hard worker. Daniel Harris is also an enthusiastic, sensible and always willing to lend a helping hand when needed.

Under this pretext, I strongly recommend Daniel Harris as a more than suitable person. I think this is a solid testimony of how Daniel Harris is and his mental and moral qualities, and I hope you consider this reference letter when determining your decision.


Best regards,

Jeremy Kawamura
(925) 818-5317
33 Herriman Court, Clayton, CA 94517

Honorable Judge White,

My name is Jill Schwinn, and I've been a Deputy Sheriff with the Contra Costa County Office of the Sheriff since 2007. I am currently assigned as a Recruit Training Officer (RTO) at the Law Enforcement Training Center (LETC) in Pittsburg Ca. From September 2019 to June 2020, I was partnered with Dan Harris at the LETC. During this time, I interacted with Dan daily and saw his work ethic and commitment to the success of the recruits. Dan was hard working, dedicated and a strong representative for the recruit training program. Dan was at work early and prioritized physical fitness not only for himself but to also motivate the recruits he supervised. Prior to the Academy, Dan had extensive military training and his patrol experience with the Antioch Police Department was invaluable to the recruits. Dan was a trustworthy and reliable partner.

Sincerely,
Jill Schwinn
707-567-3471

Jimmy Davenport
Phone: 817-575-7245
Davenport.jimmy17@yahoo.com
12/4/2025

To the Honorable Judge White,

My name is Jimmy Davenport, and I am writing on behalf of Dan Harris, whom I have known for a little over a year both in a client and a friendship setting. During this time, I have come to know Dan as a devoted father, a generous mentor, and a dependable friend. I appreciate the opportunity to share my perspective on his character.

Dan is a truly committed father. His children are at the center of his life, and he consistently shows patience, responsibility, and genuine love in the way he cares for them. It is clear that their well-being guides his decisions, and he takes pride in providing them with stability and support.

In addition to being a strong parent, Dan serves as a mentor to those around him. He encourages others, offers thoughtful guidance, and leads by example. His generosity—whether through his time, resources, or willingness to help—is one of the qualities that most stands out.

Throughout the time I have known him, Dan has proven himself to be extremely dependable. If he says he will do something, he follows through. If someone needs help, he is there without hesitation. His reliability and steady presence make him a person others can trust and lean on.

I understand that Dan is currently before the Court, and I do not intend to diminish the seriousness of the situation. However, based on my relationship with him, I believe this incident does not reflect his true character. Dan is someone who learns from challenges, takes accountability, and strives to better himself. I am confident that he will continue to move forward with growth and responsibility.

Thank you for your time and consideration. I am available if any further information is needed.

Sincerely,
Jimmy Davenport
817-575-7245.

16Dec25

Justin Farrington
429 W Brown St
Lipan, TX 76462


Honorable Judge,

My name is Justin Farrington, and I am a retired Sergeant from the Santa Rosa Police Department. I retired in 2021 after serving just shy of 25 years in four different northern California law enforcement agencies. After retiring my family and I moved to Montana and just last year, moved to Texas where we currently reside.

My ten-year-old daughter joined a local gymnastics team in November of 2024 and that is where I met Daniel Harris. Dan's daughter was on the gymnastics team as well and we would see one another daily while we were picking up our daughters after practice. Our daughters became close friends and eventually sleep-overs and playdates ensued. My family and Dan's have spent several days and evenings together. I do not allow my daughter to spend the night at anyone's house who I haven't met, and who I do not trust. With one hundred percent certainty I know that I can trust Dan to watch over and care for my daughter.

Dan and I spoke of our careers in law enforcement and Dan's prior history with the United States Military. Dan is an unbelievably humble person when it comes to all the accomplishments he achieved in his military career and in his law enforcement career as well. I never knew Dan when we were both active police officers, but I wish I had. Dan would have been an asset to my experiences as a police officer.

In March of this past year, my wife was diagnosed with Non-Hodgkins Lymphoma. This diagnosis destroyed me temporarily. I told Dan and he immediately said he would do anything for me, my wife, and my daughter. He offered to do everything for us: Take my daughter to-and-from gymnastics, shop at the grocery store, have my daughter stay at his house when my wife was sick after chemo treatments, bring meals over to our house, etc. Of all the things he offered, there wasn't one thing he did not do for us. Dan brought over meals, he had my daughter sleep over at his home, he took my daughter to gymnastics, etc. I spoke to Dan often, sometimes daily, when things were stressful and he always was available for me to clear my mind. Dan offered some amazing resolves while I dealt with the reality that my wife could possibly die. Dan is a very even-keeled individual.

Dan truly cares about others, about helping others, and attempts to improve their lives. Dan trains individuals who want to improve their lives by helping them with healthy meal plans and workout routines. Unselfish is an understatement when it comes to the plethora of positive qualities Dan possesses.

Dan has informed me of the mistakes and poor decisions he made prior to losing his job and simultaneously getting arrested. He has never attempted to play the victim card and has taken responsibility for the current situation he is in. Dan has cooperated with the investigation and has already pled guilty to his wrong doings. Dan not only lost his job, but he also lost his retirement. I am not at all minimizing his wrong doings, but as a 25-year veteran of law enforcement and a prior supervisor of a gang crimes team, Dan's contribution to the ever-so unfortunate reality of "dirty cops" is minimal at most.

I ask you for leniency, your Honor, when reviewing and determining sentencing for Mr. Daniel Harris. Please do not utilize this opportunity to punish inappropriately because of the fact Dan was a police officer and should have known better. That statement is true, but the punishment should match the crime. Society would lose a contributor if Dan was sentenced to custody terms. Dan's two children would be deprived of their father's positive parental qualities. Again, I will state that Dan has cooperated entirely with this investigation, he lost his job and he lost his retirement. I believe justice has been served in this case already.

Thank you for your time,

*Justin Farrington*

Justin Farrington

Justin O'Connor
Discovery Bay, CA 94505
408-470-0529
Jt_oconnor33@yahoo.com

Date: 01/03/2026

Honorable Judge

Re: Character Reference for Daniel "Dan" Harris

Dear Honorable Judge,

My name is Justin O'Connor, and I work as a Senior Technician for EKC Electric. I am writing to provide a character reference for Daniel Harris, whom I have known for almost 10 years. Throughout that time, he has been a great friend and someone I can consistently talk to and lean on.  I have come to know him as a hard-working individual, a devoted father, and someone who is always willing to lend a helping hand to others.

Dan has assisted me with multiple projects over the years, always demonstrating reliability, generosity, and a strong work ethic. More importantly, he was there for my family and me during one of the most vulnerable times of my life. When I was first diagnosed with cancer, Dan did not hesitate to offer his support and assistance to my family, both emotionally and practically. His kindness during that time is something I will never forget.

Dan was also an enormous source of support to my father-in-law, an Army veteran who struggled with depression and other military-related ailments. My father-in-law believed he was unable to receive help, but Dan took the time to guide him in the right direction. He shared his contacts, explained the process step by step, and encouraged him to seek the benefits he deserved. Dan also spent time simply listening to him, sharing stories, and offering understanding and compassion.

After my father-in-law passed away, Dan continued to support our family by helping my mother-in-law navigate the process of receiving her benefits when she believed she would not qualify. His guidance and patience during that difficult time made a meaningful difference for her.

Dan did not exactly have it easy growing up, and because of that, he made a conscious decision to be the best father he could be to his children. He takes that responsibility seriously and strives every day to provide them with stability, care, and guidance.

Based on my personal experience, I believe Dan's actions reflect a person of strong character, empathy, and integrity. I respectfully ask the Court to consider this letter as an honest reflection of the positive role Dan has played in the lives of those around him.

Thank you for your time and consideration.

Respectfully,

Justin O'Connor

Kenny Krein
134 Mokelumne River Dr
Lodi, Ca, 95240
kenny.krein@gmail.com
209 470-5331

12-2-2025

The Honorable Judge Jeffrey White
United States District Judge
District of Northern California
Re: United States vs Daniel Harris

Dear Judge White,

I am writing this letter to respectfully ask for leniency in the sentencing of Daniel Harris who
I've known since 2015 when he joined the Antioch Police Department. During that time, I was
also a police officer.  In the time of working together and since then I've become good friends
with Dan and gotten to know him on and away from law enforcement.

Dan was a positive influence throughout the department; he was highly respected and carried
himself as an officer that was likeable to the community. I know prior to being a police officer he
served in the United States Army honorably. Dan has given much of his adult life to public
service between military and law enforcement.

Unfortunately, his chosen career path can lend itself to personal problems that are well known in
society. Those problems for some can include alcoholism, substance abuse, depression to name a
few. Divorce rates amongst law enforcement officers are found nearly at 80 percent nationwide.
The suicide rate is nearly four times the national average.

With that said I was saddened to learn of his involvement in this matter but am not surprised
given his professional path in life and how difficult it's been.

I believe this offense does not represent Dan as a person or his contributions and sacrifice he has
made for this county and the community as a police officer.

I know Dan is a loving father who has spent countless hours involved in his children's organized
sports. It's rare that I talk to him and he doesn't carry on about his kids and how proud he is of
them.  I think he is prouder of being a father than anything else in life and that speaks volumes to
a man's true character.

During the last few years of this investigation Dan has lost his career, been divorced and suffered
tremendous loss as a result of his own decisions. I know that he is truly remorseful and has taken
total responsibility for his actions.

I respectfully ask your Honor to take all of this into consideration when sentencing Dan.

Thank you for your time and consideration of my perspective. I am willing to further discuss this if the court desires such.

Respectfully submitted,

Kenny Krein

Logan Baker
11620 County Road L
Wauseon, OH 43567
Logan946baker@live.con
419-764-0664
8-23-23


Character Reference for Daniel Harris


Dear Honorable Judge,

I hope this letter finds you well. I am writing to provide a character reference for my friend, Daniel
Harris, in connection with his upcoming legal proceedings. I have known Daniel for seven years and
have had the privilege of witnessing many of his exceptional qualities.

I would like to emphasize that Daniel is an outstanding individual who's contributed positively to my
life and society. Since I've known him, he's approached life with an infectious happiness that will
brighten any room he enters. His charisma, sense of humor, and welcoming personality have a way
of bringing people together fostering a sense of camaraderie, in any group.

When I met Daniel, I was the president of a brand in the sports nutrition industry. His wife and I
worked together at a few trade shows and her and I had grown close. Daniel had joined his wife and
decided to come to the Arnold Classic, one year. Since that show, him and I have become very close.
We have attended numerous trade shows together, shared hotel rooms, shared scooters (two men one
scooter), shared ups and downs, learned many lessons and have become very close.

As a devoted friend, Daniel consistently offered a listening ear and sincere advice to me and others in
need. His empathetic nature and willingness to provide guidance demonstrate his unwavering support
for those around him. Daniel's commitment to a healthy lifestyle is truly commendable. He not only
takes care of his physical well-being but has been there for others wanting to do the same. His
dedication to remodeling houses showcases his creativity, skill, and passion for working and being a
productive member of society.

Above all, Daniel cherishes his family and friends. He values the importance of maintaining strong
connections and is always there to offer a helping hand or a warm smile. His sense of responsibility
towards his loved ones and friends is a testament to his character.

In the time I have known Daniel and as close as we have gotten, I've learned that he is the type of
man people will go to for advice. He will help others in any way he is capable, and he will exhaust
his last recourses for a friend or family. I have gone to Daniel for nutritional and fitness advice many
times. I have notes in my phone with his meal plan and workout routines. Given the opportunity, he
has NEVER pointed me in the direction towards or tried to sell me an illegal substance.

Breaking the law is completely out of character for Daniel. Though, what he has done is wrong, his
intentions for what he had done were purely to help. With his passion for a healthy lifestyle and his
over-willingness to be there for others led him to do something he shouldn't had.

I have spoken with Daniel many times before and after these allegations. He is the type of man to make humor of his situation to try to brighten your day, even a little bit. He does not find humor in these allegations. Daniel has learned his lesson and is not taken this lightly.

In conclusion, I firmly believe that Daniel Harris is a person of integrity, kindness, and strength. His positive impact on those around him is undeniable, and I am confident that he will continue to be an asset to our community.

Thank you for considering my perspective. Please feel free to contact me if you require any further information.

Sincerely,

Logan Baker

Lori Estrada
2104 Gold Poppy St
Brentwood, CA 94513
408-206-3284
loriestrada@yahoo.com

Date: December 17, 2025

Honorable Judge White

Re: Character Reference for Daniel (Dan) Harris

Dear Judge,

My name is Lori Estrada, and I am employed as an IT Systems Analyst with Optum Health, supporting a local hospital, John Muir Health Systems. I respectfully submit this letter in support of Daniel Harris. My late husband and I met Dan nearly seven years ago after being introduced by our son-in-law. Over the years, he has become a trusted family friend, and I consider myself fortunate to know him.

Throughout the time I have known Dan, I have consistently found him to be a person of strong character. He is kind, compassionate, and loyal, and he genuinely cares about his family, friends, and community.

When we first met Dan, he recognized my husband's need for assistance from the Veteran's Administration and encouraged him to seek help. Dan took the initiative to provide multiple contacts and resources to support him. Following my husband's passing Dan continued to offer support by researching and sharing additional contacts to assist me as well. These actions reflect his empathy and his willingness to step in when someone is in need.

I have also seen Dan instill strong values in his children – values that are increasingly rare today. He has generously given his time to help my son-in-law with projects that couldn't have been completed without his assistance. Dan has always been a dependable and willing helping hand. I truly believe that if I ever needed him to get on a plane to help me, he would do so without hesitation. That level of selflessness is rare, and I know he would extend the same support to anyone who asked.

I am aware that Dan is before the court regarding a serious matter, and I do not intend to minimize the situation. However, I believe it is important for the court to understand that this circumstance does not define who he is as a person. I have seen Dan take accountability and make sincere efforts to learn, grow, and improve. He continually strives to better himself, which is one of his strongest qualities.

Dan is a devoted family man, and his children are a true reflection of his positive influence. I sincerely believe that he can continue forward in a constructive and responsible manner and remain the kind of role model every child deserves.

Thank you for your time and consideration. I respectfully ask the court to consider this letter when making its decision.

Sincerely,
Lori Estrada

Honorable Judge,

My name is Ryan Moore, and I am writing on behalf of my long-standing and deeply respected friend, Daniel Harris. I currently serve as a Chief Warrant Officer in the Nevada Army National Guard, where I have spent the past 20 years flying combat helicopters. I met Daniel early in my military career, while I was completing my college studies and working a part-time civilian job. From that first encounter, we formed a friendship that has lasted nearly two decades. We have stood beside each other as groomsmen in each other's weddings and have remained as close as brothers to this day. After nearly 20 years of knowing Daniel, I can speak with absolute confidence regarding his character, integrity, and moral fiber. As a man, husband, father, police officer, and soldier, Daniel consistently demonstrates the highest standards.

Above all, Daniel is an exceptional father and a powerful role model to his children. I have had the privilege of watching him rise from humble beginnings and build himself into the man he is today. His devotion to his family is unwavering, and the example he sets for them is unmatched. When I met him, he was working as a valet attendant. Since then, I have watched him pursue opportunities with determination and pride, working for the railroad, serving in the United States Army, and ultimately achieving his lifelong goal of becoming a police officer. In every role, he has proven himself to be not only a contributing member of society, but a natural leader.

To say that Daniel has learned from his mistakes would be an understatement. I have watched him endure profound loss, yet he continues to push forward with humility, accountability, and resolve. Even now, with limited avenues available to improve his situation, he remains committed to bettering himself through higher education. Daniel is one of the most hardworking and honorable individuals I have ever known.  He's a man who has served both his country and his community with dignity and respect. He is the type of person society needs more of, and to remove him from the working and producing population would be a shame.

Daniel's actions that led him to this moment were out of character and deeply regrettable, but I am confident they will serve as a lifelong reminder and motivator for him. I have no doubt that he will never again find himself in such circumstances. His strength, humility, and commitment to his family continue to guide him forward.

With Respect,

Ryan Moore

4029 Kings Row Reno NV 89503

775.267.7001

Ryan.p.moore.mil@army.mil

Rmoore259@liberty.edu